United States District Court
Southern District of Texas
**ENTERED**
January 18, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KORY  SALDANA, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-00007 |
| | § | |
| ERGON ASPHALT & EMULSIONS, | § | |
| INC., *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the parties' Stipulation of Dismissal without Prejudice (D.E. 4), the

Court enters final judgment dismissing this action without prejudice.

ORDERED this 18th day of January, 2017.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1